CINCINNATI BAR ASSOCIATION *v.* MCCONNELL.

[Cite as Cincinnati Bar Assn. *v.* McConnell (1990), 49 Ohio St. 3d 601.]

(No. D.D. 81-16—Submitted December 26, 1989—
Opinion released January 4, 1990.)

This cause came on for further consideration upon the filing by respondent, Terrance A. McConnell, of satisfactory evidence that full restitution has been made to Loretta Campbell in the amount of $3,750, as required by this court's order dated June 14, 1989. (See 43 Ohio St. 3d 610, 539 N.E. 2d 629.) On consideration thereof, IT IS ORDERED by the court that respondent, Terrance A. McConnell, be, and hereby is, reinstated to the practice of law in the state of Ohio, effective December 26, 1989. IT IS FURTHER ORDERED that respondent comply with the registration requirements of Rule VI of the Supreme Court Rules for the Government of the Bar of Ohio.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF ROCKER.
IN RE ROCKER.
CUYAHOGA COUNTY BAR ASSOCIATION *v.* ROCKER.

[Cite as In re Resignation of Rocker (1990), 49 Ohio St. 3d 601.]

(Nos. 89-2125, 89-1576 and 89-1871—Submitted January 10, 1990—
Decided January 17, 1990.)

The resignation of Jonathan S. Rocker as an attorney is accepted. In view of Rocker's submission of an affidavit of resignation, case Nos. 89-1576 and 89-1871 are dismissed as moot. Costs in all three cases are taxed to Rocker.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.